# Court of Appeals
# of the State of Georgia

ATLANTA,  November 02, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0101. DARIAN DEANDRE POSTELL v. THE STATE.**

Darian Deandre Postell was convicted of burglary and contributing to the delinquency of a minor. He filed a motion to modify his sentence, which the trial court denied on July 20, 2023. On August 22, 2023, Postell filed this discretionary application with the Georgia Supreme Court, which transferred the matter to this Court. See Case No. S24D0085 (Sept. 20, 2023). We, however, lack jurisdiction because the application is untimely.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d); see also *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012). Here, Postell filed his discretionary application 33 days after entry of the trial court's order.

Accordingly, we lack jurisdiction over this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
         Clerk's Office, Atlanta,  11/02/2023
         I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
         Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.